2013V01456/ms
PAUL J. FISHMAN
United States Attorney
By: EVAN S. WEITZ
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel: 973.645.2740
Fax: 973.645.3316
Evan.Weitz@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | Hon. William J. Martini, **U.S.D.J.** |
| **Plaintiff,** | : | |
| | : | **Civil Action No. 13-3825** |
| - v.- | : | |
| | : | **PARTIAL DEFAULT AND FINAL ORDER OF FORFEITURE** |
| **TWENTY SPORT UTILITY VEHICLES** | : | |
| | : | |
| **Defendants** *in rem.* | | |

**WHEREAS**, on June 20, 2013, a Verified Complaint for Forfeiture In Rem was filed in the United States District Court for the District of New Jersey against twenty Sport Utility Vehicles, to enforce the provisions of 18 U.S.C. § 981(a)(1)(A), as representing property which constitutes or is derived from proceeds traceable to wire fraud contrary to Title 18, United States Code, Section 1343, a specified unlawful activity, and Title 18, United States Code, Section 981(a)(1)(A), as representing property involved in a money laundering offense contrary to Title 18, United States Code, Section 1956; and

1

**WHEREAS** on or about June 27, 2013, copies of the Verified Complaint for Forfeiture In Rem, Warrant for Arrest In Rem, and a Notice of Forfeiture were sent certified mail, return receipt requested to Robert S. Stahl, Esq., Law Offices of Robert G. Stahl, LLC, 220 St. Paul Street, Westfield, New Jersey 07090. (See Declaration of Evan S. Weitz with Exhibits, hereinafter "Weitz Decl." at Exhibit A, filed herein); and

**WHEREAS** on or about June 28, 2013, copies of the Verified Complaint for Forfeiture In Rem, Warrant for Arrest In Rem, and Notice of Forfeiture were received by Robert S. Stahl, Esq., Law Offices of Robert G. Stahl, LLC, 220 St. Paul Street, Westfield, New Jersey 07090. (*Id.*); and

**WHEREAS,** on July 23, 2013, Xiao Yan Li, through counsel, Robert G. Stahl, Esq., filed a Verified Claim to eight of the twenty Sport Utility Vehicles referenced in the Verified Complaint for Forfeiture *in Rem*; and

**WHEREAS** the eight Sport Utility Vehicles that were referenced in the Verified Claim have the following Vehicle Identification Numbers: 5UXZV4C54D0B22231; 5UXZV4C5XD0B24307; 5UXZV4C51D0B24485; 5UXZV4C54D0E01761; 5UXZV4C59D0B24458; 5UXZV4C53D0B24486; 5UXZV4C54D0B24304; and 5UXZV4C58D0B24306; and

**WHEREAS,** as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, Notice of Civil Forfeiture was posted on an official internet government forfeiture website, namely www.forfeiture.gov for at least 30

consecutive days, beginning on July 18, 2013, notifying all third parties of their right to file a claim with the Court within 60 days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the property (See Weitz Decl., at Exhibit B, filed herein); and

**WHEREAS** no additional claims as to the above referenced eight Sport Utility Vehicles have been filed within the period required by law; and

**WHEREAS** on or about December 17, 2013, copies of the Verified Complaint for Forfeiture In Rem, Warrant for Arrest In Rem, and a Notice of Forfeiture were sent certified mail, return receipt requested to the registered owners of the remaining twelve Sport Utility Vehicles referenced in the Complaint for Forfeiture In Rem. (See Declaration of Evan S. Weitz with Exhibits, hereinafter "Weitz Decl." at Exhibit C, filed herein); and

**WHEREAS**, on January 15, 2014, a Partial Consent Judgment and Settlement Agreement was executed by the Court wherein the United States and Xiao Yan Li agreed to the following terms resolving this matter as to the eight Sport Utility Vehicles referenced above:

- A. Xiao Yan Li agrees that the United States shall sell, at a future date not yet determined, the eight (8) Sport Utility Vehicles referenced above that she made a valid claim to on July 23, 2013 (hereinafter the "defendant property");
- B. Xiao Yan Li agrees to the forfeiture of 50% of the proceeds made from the sale of the defendant property to the United States

3

       pursuant to 18 U.S.C. § 981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C); and

    C.    The United States agrees that it will remit 50% of the proceeds of the sale, after costs and expenses, of the defendant property to claimant Xiao Yan Li, through her attorney, Robert G. Stahl, Esq., Law Offices of Robert G. Stahl, 220 St. Paul Street, Westfield, New Jersey 07090

(See ECF Docket, Document Number 10); and

**WHEREAS**, no Claim as to the remaining twelve Sport Utility Vehicles (hereinafter "defendant property) has been filed within the time required by Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and 18 U.S.C. § 983(a)(4)(A) for the defendant property; and

**NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED:**

    1.    That a Partial Default Judgment and a Final Order of Forfeiture is granted against the defendant property, and no right, title or interest in the defendant property shall exist in any other party; and

    2.    That any and all forfeited funds, including but not limited to currency, currency equivalents and certificates of deposits, as well as any income derived as a result of the United States Department of Homeland Security, Customs and Border Protection's management of any property forfeited herein, after the payment of costs and expenses incurred in

connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Department of Homeland Security, Customs and Border Protection into the Department of the Treasury Forfeiture Fund, in accordance with the law.

The Clerk is hereby directed to send copies to all counsel of record.

ORDERED this 18 day of Feb. , 2014

HONORABLE WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE